IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN BENAVIDES | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 4:21-cv-1289 |
| | § | JURY TRIAL |
| HARRIS COUNTY, TEXAS; | § | |
| and DEPUTY J. NUNEZ, *Individually* | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

**NOW COMES** Plaintiff, Stephen Benavides, filing this, his *Plaintiff's Disclosure of Interested Parties*, and showing unto the Court as follows:

**I.**

Plaintiff would hereby disclose the following persons and/or entities having a financial interest in the outcome of this suit:

1. Stephen Benavides
   c/o Amie Augenstein
   Christopher J. Gale
   GALE LAW GROUP, PLLC
   P.O. Box 2591
   Corpus Christi, Texas 78403
   Telephone: (361)808-4444
   Telecopier: (361)232-4139

2. Christopher J. Gale
   Amie Augenstein
   GALE LAW GROUP, PLLC
   P.O. Box 2591
   Corpus Christi, Texas 78403
   Telephone: (361)808-4444
   Telecopier: (361)232-4139

3. Scott F. C. Lemanski
   CACTUS LAW OFFICE, PLLC
   606 N. Carancahua, Suite 807
   Corpus Christi, Texas 78401

Telephone: (361)779-6036
Telecopier: (361) 271-1414

**WHEREFORE PREMISES CONSIDERED**, Plaintiff prays that the Court accept and enter his

*Plaintiff's Disclosure of Interested Parties*.

Respectfully submitted,

GALE LAW GROUP, PLLC
711 N. Carancahua St., Suite 514
Corpus Christi, Texas 78401
Mailing Address:
P.O. Box 2591
Corpus Christi, Texas 78403
Telephone: (361)808-4444
Telecopier: (361)232-4139

By: */s/ Christopher J. Gale*
Christopher J. Gale
Texas Bar No. 00793766
Southern District Bar No. 27257
Email: Chris@GaleLawGroup.com
*Attorney-in-Charge for Plaintiff*

/s/ *Amie Augenstein*
Amie Augenstein
Texas Bar No. 24085184
Southern District Bar No. 2236723
Email: Amie@GaleLawGroup.com
*Attorney for Plaintiff*

CACTUS LAW OFFICE, PLLC
606 N. Carancahua, Suite 807
Corpus Christi, Texas 78401
Telephone: (361)779-6036
Telecopier: (361) 271-1414

By: /s/ *Scott F. C. Lemanski*
Scott F. C. Lemanski
Southern District Bar No. 576964
Texas Bar No: 24041325
Email: info@gocactuslaw.com
*Attorney for Plaintiff*

## NOTICE OF ELECTRONIC FILING

The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on the 19th day of April, 2021.

/s/ *Christopher J. Gale*
Christopher J. Gale

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of April, 2021, the above and foregoing was sent to the following counsel of record by the means indicated below:

| | |
|---|---|
| Harris County Judge Lina Hidalgo<br>1001 Preston, Suite 911<br>Houston, Texas 77002 | ***Via CM RRR*** |
| Deputy J. Nunez<br>HARRIS COUNTY SHERIFF'S DEPARTMENT<br>1200 Baker Street<br>Houston, Texas 77002 | ***Via CM RRR*** |

/s/ *Christopher J. Gale*
Christopher J. Gale