71°F

| $199.99 | $59.99 | $119.99 |
| $29.99 | $49.99 | $59.99 |

## LOCAL NEWS

# HCSO: Deputy shoots homeowner's father during home invasion call in north Harris County Thursday

**Tulsi Kamath**, Digital News Editor

Published: December 27, 2019, 7:28 am

Tags: **Crime, Harris County**



  

**HOUSTON** – A Harris County Sheriff's deputy shot a homeowner's father while responding to a home invasion call at a north Harris County home Thursday night, according to the Harris County Sheriff's Office.

Officials **first tweeted** about the shooting at 7:41 p.m. in the 800 block of Darbydale Crossing Lane. HCSO tweeted that the deputy "fired his weapon at a suspect inside the home, striking the suspect in the leg."

At 8:17 p.m., HCSO officials updated the original tweet to say the deputy "was responding to a possible home invasion when he encountered the father of the female resident and fired his weapon, striking the man in the leg."



Harris County Sheriff's Office spokesperson Jason Spencer said the homeowner called 911 Thursday evening to report a possible home invasion. Spencer said the woman told officials she heard noises in her home.

While deputies were en route to investigate, Spencer said the woman then called her father who arrived before deputies.

Spencer said when the deputies arrived, they saw a white pickup truck parked close to the home. They approached the front door where Spencer said there was an "encounter" with the father and a deputy fired his gun and shot the father in the leg. They immediately applied a tourniquet and called for an ambulance, Spencer said. The victim was "alert and conscious," at the scene before being transported to a hospital for treatment, Spencer said.



Officials do not believe language was a barrier during the "encounter" between the homeowner's father and deputies. It is unknown if he was armed. Spencer said there were multiple adults and children in the home at the time of the shooting, though most were in the upstairs part of the house.

A three-pronged investigation will begin into the deputy-involved shooting, Spencer said, and dashcam and bodycam footage from the responding deputies will be reviewed.

Copyright 2019 by KPRC Click2Houston - All rights reserved.

## ABOUT THE AUTHOR:



### Tulsi Kamath

Tulsi started as an enterprise reporter at KPRC2 in 2019. She specializes in in-depth storytelling, going beyond the breaking headlines to provide context and understanding. She previously worked at the Houston Chronicle and was a member of the Pulitzer Prize finalist team for their coverage of Hurricane Harvey.

✉ email     facebook     twitter

---

**NEWEST** | MOST LIKED ⌄                    FOLLOW ✓    51 COMMENTS

 Guest
Type your comment here…

---

 **Bob Sheldon** 🕐 1 day ago
follow

BAM......."Stop!" Crap, I always get the order mixed up!

⌃ 4     ⌄ 0     ↰     ⋯

---

 **JackALope** 🕐 1 day ago
follow

Sounds like she was trying to get rid of dad via the HCSO.