

**OFFICE OF THE
HARRIS COUNTY ATTORNEY
CHRISTIAN D. MENEFEE**

February 28, 2024

***Via CM/ECF***
Honorable George C. Hanks, Jr.
c/o Byron Thomas
515 Rusk St., Room 5300
Houston, Texas 77002

Re:   *Stephen Benavides v. Harris County, Texas and Deputy J. Nunez*, Civil Action No. 4:21-cv-1289; United States District Court; Southern District of Texas (Houston Division) pending before Judge George C. Hanks, Jr.

Dear Judge Hanks:

The parties file this agreed letter, under the court's local rules, asking the court to push the March 4, 2024 deadline for the pretrial order and motions in limine (Docket Entry 79)(DE), the pretrial hearing scheduled on March 8, 2024, and the trial date to a later date in this matter.

Pending before the court are two summary judgments, the Plaintiff's responses and defendants' replies. (DE 80, 81, 92, 94, 95).

Also pending before the court is another letter regarding additional depositions that Plaintiff wishes to take and a request for a sur-reply (DE 99 and 100).

Deputy Nunez has asserted his qualified immunity rights (DE 81 and 94) in his summary judgment and response. If the court denies qualified immunity, Deputy Nunez will move to stay the case and file an interlocutory appeal.

Thus, at this time, the pretrial order and motions in limine would be premature, until the court rules on the pending summary judgment.

Respectfully submitted,

By:   */s/ Veronica L. Jones*
      VERONICA L. JONES
      Assistant County Attorney

Judge Hanks
February 28, 2024
Page 2

                        ATTORNEY-IN-CHARGE
                        State Bar No. 24097902
                        Fed. Bar No. 3639763
                        Tel: (713) 274-5101 (direct)
                        Veronica.Jones@harriscountytx.gov
                        **OFFICE OF THE HARRIS COUNTY ATTORNEY**
                        1019 Congress
                        Houston, Texas 77002
                        **ATTORNEY FOR HARRIS COUNTY**

By:    */s/ Suzanne Bradley*
                        **SUZANNE BRADLEY**
                        Senior Assistant County Attorney
                        ATTORNEY-IN-CHARGE
                        State Bar No. 00793375
                        Fed. Bar No. 24567
                        Tel: (713) 274-5330 (direct)
                        Suzanne.Bradley@harriscountytx.gov
                        **OFFICE OF THE HARRIS COUNTY ATTORNEY**
                        1019 Congress
                        Houston, Texas 77002
                        **ATTORNEY FOR JOSE NUNEZ**


                        GALE LAW GROUP, PLLC
                        525 Clifford Street
                        Corpus Christi, Texas 78404
                        Mailing Address:
                        P.O. Box 2591
                        Corpus Christi, Texas 78403
                        Telephone: (361) 808-4444
                        Telecopier: (361) 232-4139

By:    */s/ Christopher J. Gale (by permission)*
                        Christopher J. Gale
                        E-mail: Chris@GaleLawGroup.com
                        Southern District Bar No. 27257
                        Texas Bar No. 00793766
                        *Attorney-in-Charge for Plaintiff*

SRB/kwc