# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN BENAVIDES | § § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:21−cv−01289 |
| | § | |
| HARRIS COUNTY, TEXAS, et al. | § § | |
| Defendant. | § | |

## **NOTICE OF SETTING**

A Pre−Motion Conference has been set in this matter for 11:30 AM on 4/23/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1603195595?pwd=TzB1aTNFcVJuSzBKSVJpLzczUVcvUT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 160 319 5595
Meeting Password: 397976

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 3/26/2024

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.